IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RODRIGUES,<br><br>            Plaintiff,<br><br>     v.<br><br>TRANSDEV U.S., INC.,<br><br>            Defendant. | No.  2:24-CV-0222-DMC<br><br><br><br>ORDER |

   Plaintiff, who is proceeding with retained counsel, brings this civil action.  This matter is hereby set for an initial scheduling conference before the undersigned via Zoom on April 24, 2024, at 10:00 a.m.  The parties have filed a joint scheduling report, see ECF No. 10, and no further filings are required prior to this hearing.

   IT IS SO ORDERED.


Dated:  March 8, 2024

              _____
               DENNIS M. COTA
               UNITED STATES MAGISTRATE JUDGE